IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AVERY BRADFORD, | * |
| Plaintiff, | * |
| v. | Case No.  5:24-cv-00330-CAR-AGH |
| | * |
| WARDEN TIMOTHY SALES, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated December 9, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 9th day of December, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk